UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAMERON LEE HAYWOOD,

Plaintiff,

v.

A. MORALES, et al.,

Defendants.

No 2:25-cv-1793-CKD P

ORDER AND

FINDINGS & RECOMMENDATIONS

Plaintiff, a state prisoner, proceeds without counsel under 42 U.S.C. § 1983. On December 26, 2025, defendants filed a motion to dismiss, or, in the alternative, to revoke plaintiff's in forma pauperis ("IFP") status pursuant to 28 U.S.C. § 1915. (ECF No. 16.) Plaintiff has not opposed the motion.

On June 27, 2205, the court advised plaintiff that motions shall be briefed based on written submissions pursuant to Local Rule 230(l). (ECF No. 3-1 at 2.) In addition, by order filed filed on January 28, 2026, plaintiff was ordered to file a response to the defendants' pending motion or face dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 19.) The time granted for that purpose has expired, and plaintiff has not complied with the order or otherwise responded to the court.

"District courts have inherent power to control their dockets" and, in exercising that power, may impose sanctions, including dismissal of an action. Thompson v. Housing Auth., City

1

of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986). In determining whether to dismiss an action, the court considers several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

The court has considered the factors set forth above and finds they favor dismissal. Plaintiff was specifically cautioned that he would face dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b) if he failed to file an opposition to defendant's pending motion or otherwise respond to the court's order dated January 28, 2026. (ECF No. 19.) Plaintiff's failure to comply with the court's order and the Local Rules indicates plaintiff has abandoned this action. This case cannot proceed without plaintiff's participation. Thus, the court finds no suitable alternative to dismissal.

In accordance with the above, IT IS ORDERED that the Clerk of the Court shall assign a district judge to this case.

In addition, IT IS RECOMMENDED as follows:

1.  This action be DISMISSED without prejudice. See Fed. R. Civ. P. 41(b); Local Rule 183(b).

2.  Defendants' motion to dismiss, or, in the alternative, to revoke plaintiff's IFP status (ECF No. 16) be denied as moot.

3.  The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The

/////

/////

parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 11, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, hayw1793.nooppo.fr