UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON LEE HAYWOOD, | No.  2:25-cv-1793-DJC-CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. MORALES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 20) are ADOPTED in full;

2.  This action is DISMISSED without prejudice.  *See* Fed. R. Civ. P. 41(b); Local

1

Rule 183(b).

3. Defendants' motion to dismiss, or, in the alternative, to revoke plaintiff's IFP status (ECF No. 16) is DENIED as moot.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8 hayw25cv1793.801

2